UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WHON PHRAKOUSONH, by his GAL
CHRISTOPHER J. STAWSKI, and
DELORES V. ESTRADA,

    Plaintiffs,

v.                                                                                                         Case No. 10-C-0601

CITY OF MILWAUKEE, TIMOTHY BANDT,
TODD BOHLEN, WARDELL DODDS,
BRETT MISCICHOSKI, CHRIS BROWN,
and ANDREW BELL

    Defendants.

## STIPULATION FOR DISMISSAL
_____

IT IS HEREBY STIPULATED and agreed between the parties that pursuant to the settlement agreement reached through mediation, the above-captioned case may be dismissed, with prejudice, but without additional costs to any party.

Dated: 9/16/2011                                      s/Christopher Stawski
                                                       Attorney Christopher Stawski
                                                       State Bar No. 1016435
                                                       Attorney for Plaintiff

Dated: 10/17/2011                                  s/Susan E. Lappen
                                                       Susan E. Lappen
                                                       Assistant City Attorney
                                                       State Bar No. 1003567
                                                       Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHON PHRAKOUSONH,

    Plaintiff,

v.    Case No. 10-C-0861

CITY OF MILWAUKEE, TIMOTHY BANDT,
WARDELL DODDS, ANDREW BELL,
TODD BOHLEN, BRETT MISCICHOSKI and
CHRIS BROWN,

    Defendants.

## ORDER FOR DISMISSAL

Upon all of the records, files and proceedings previously had in this action, and further pursuant to the stipulation of the parties;

IT IS HEREBY ORDERED that the above-captioned case is dismissed, with prejudice, but without additional costs to any party.

Dated at Milwaukee, Wisconsin this _____ day of _____, 2011.

                              BY THE COURT:

                              _____
                              Honorable Rudolph T. Randa

1032-2010-1754.001:173624